**KISSINGER N. SIBANDA Esq, Attorney at Law,** *Pro Se*
The Law Office of Kissinger N. Sibanda, PLLC
PO Box 714. Livingston. NJ 07039
Kissinger N. Sibanda, Atty. ID #1017426
ksibanda@temple.edu
Telephone: 862-250-9684
*Attorney for Plaintiff.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KISSINGER N. SIBANDA<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID ELLISON, WILL SMITH, ANG LEE, SKYDANCE PRODUCTIONS, LLC; a California Limited Company, GEMINI PICTURES, LLC, a California Limited Liability Company, SKYDANCE DEVELOPMENT, LLC, a California Limited Liability Company, ASHLEE LIN, PARAMOUNT PICTURES, FOSUN PICTURES INC.<br><br>*Defendants.* | **Case No: 1:24-cv-06310 (JMF)**<br><br>Request To Strike: ECF: <u>54</u>.<br><br>Application GRANTED. The Clerk of Court is directed to restrict the filings at ECF No. 54 to Court view only and terminate ECF No. 56.<br><br>SO ORDERED.<br><br>September 20, 2024 |

- 1 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT.

03424- 357419.3

Plaintiff respectfully requests ECF: 54 to be stricken from the record because it is a private document regarding settlement and was inadvertently misfiled. It is also duplicative of ECF: 55, properly filed.

Plaintiff thanks the court for its attention.

Dated: 09/20/2024                                                                                          Washington, DC

By:

/

DR. KISSINGER N. SIBANDA ESQ
The Law Office of Kissinger N. Sibanda, PLLC
LL. B (Hons); LL.M (State / Trial); LL.M ( Federal/ Trial)
Admitted: United States Supreme Court
Second Circuit
Mail to: PO Box. 714. Livingston. NJ 07039

COMPLAINT FOR COPYRIGHT INFRINGEMENT .

03424- 357419.3

## **CERTIFICATE OF SERVICE**

All parties were served via ECF.

Date: September 20, 2024

- 3 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT .

03424- 357419.3

*[Signature]*

DR. KISSINGER N. SIBANDA
*Pro Se Plaintiff*

- 4 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT.

03424-357419.3