**United States District Court for the
Southern District of New York**
File Number 1:23-cv-05752 (JMF)

| | |
|---|---|
| KISSINGER N. SIBANDA,<br>*Plaintiff-APPELLANT*<br><br>v.<br><br>DAVID ELISON, ET AL<br>*Defendant-APPELLEE* | AMENDED NOTICE OF APPEAL |

Notice is hereby given that KISSINGER N. SIBANDA, (plaintiff) in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an Order:

Plaintiff, further Amends Appeal of ECF: 130, to include, **ECF: 112, and ECF: 113, entered in a related matter, 1:24-cv-06310 (JMF)**, denying stay of docket pending Appeal and mischaracterizing plaintiff's motions, *respectively*: entered November 12th, 2024. Circuit's jurisdiction is discussed in Appellant's brief.

1

Dated: November 13, 2024

(s) /Kissinger N. Sibanda/
KISSINGER N. SIBANDA ESQ, LL.B (Hons); LL.M; LL.M.
Attorney for KISSINGER N. SIBANDA
Address: PO BOX 714
LIVINGSTON, NEW JERSEY
07039
TEL: 862-250-9684
EMAIL: ksibanda@temple.edu
THE LAW OFFICE OF KISSINGER N. SIBANDA, PLLC
BY/ECF/
