## THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC
https://www.thelawofficesofkissingersibanda.com

| | |
|---|---|
| 1802 Vernon St NW PMB 558, DC 20009 | PO Box 714   Livingston, NJ 07039<br>Tel: 862-250-9684<br>Email: ksibanda@temple.edu |



*Nemo me impune lacessit*

January 31, 2025

### ERROR IN ORDER: ECF NO. 134

*Kissinger N. Sibanda v. David Ellison et al, 1:24-06310 (JMF)*

Hon. Judge Jesse M. Furman*:*

    Today's Order, ECF No. 134, asks the clerk to dismiss "Paramount Pictures," as a party, this is an error as Paramount Pictures is named in the surviving contributory infringement claim. *Id* at 7.

    The clerk, in receipt of this filing, is therefore advised to check with Judge Furman, before removing Paramount Pictures as a party to these proceedings.

    Plaintiff thanks the court for its continued attention to this matter.

Respectfully,

Date: January 31, 2025

Signature

Kissinger N. Sibanda Esq (SJD)

THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC

https://www.thelawofficesofkissingersibanda.com

1802 Vernon St NW PMB 558,                                             PO Box 714   Livingston, NJ 07039
DC 20009                                                                              Tel: 862-250-9684
                                                                                Email: ksibanda@temple.edu



/KNS/

Email: ksibanda@temple.edu

Plaintiff is correct.  Paramount Pictures was included in the list of Defendants to be terminated in error.  The Clerk of Court is directed that it should not terminate Paramount Pictures.  The Court will ended an Amended Memorandum Opinion and Order to reflect the correction.

SO ORDERED.

February 3, 2025