**KISSINGER N. SIBANDA Esq, Attorney at Law**
The Law Offices of Kissinger N. Sibanda Esq
PO Box 714. Livingston. NJ 07039
Kissinger N. Sibanda, Atty. ID #1017426
ksibanda@temple.edu
Telephone: 862-250-9684
*Attorney for Plaintiff.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KISSINGER N. SIBANDA<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID ELLISON, ET AL<br><br>*Defendants.* | Case No: 1:24-cv-06310(JMF)<br>Rel: 1:23-cv-05752 (JMF)<br><br>PLAINTIFF'S NOTICE:<br><br>MOTION TO ENFORCE SETTLEMENT AGREEMENT |

**PLEASE TAKE NOTICE** that, Plaintiff Kissinger N Sibanda, upon the Declaration of Kissinger N. Sibanda, dated February 24th, 2025, with Exhibits: 1 through 11; and accompanying Memorandum of Law; shall move this Court before the Honorable Jesse M. Furman, United States District Judge, at the 40 Foley Square, New York NY 10007,

03424- 357419.9

- 1 -

Plaintiff's Notice:
Motion For Settlement Enforcement

for an order granting the enforcement of the agreed settlement forthwith.

**Response due, March 10th, 2025.**

Respectfully submitted,

/s/

Dated: 2/24/2025   _____

Washington, DC

Dr. Kissinger N. Sibanda Esq

03424- 357419.9

- 2 -