# THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC
https://www.thelawofficesofkissingersibanda.com

1802 Vernon St NW PMB 558,
DC 20009
Email: ksibanda@thelawofficeofkissingersibanda.com
Tel: 862-250-9684



*Nemo me impune lacessit*

March 4th, 2025

*Kissinger Sibanda v. David elision et al*
1:23-cv-06310 (JMF)
**Status Update**

Honorable Judge Jesse M. Furman,

It has actually come to my attention that Angelo Labate has updated his email on the docket to:

angelo.g.labate@gmail.com.

**[ 1:24-cv-06310-JMF Notice has been electronically mailed to:**

Angelo George Labate    angelo.g.labate@gmail.com, bburschlag@eisnerlaw.com, eaguilar@eisnerlaw.com, mhsmith@eisnerlaw.com, visioncalendar@eisnerlaw.com

Ashlee Lin    alin@eisnerlaw.com, cbrennand@eisnerlaw.com, visioncalendar@eisnerlaw.com

Evangelos Michailidis    emichailidis@eisnerlaw.com, bburschlag@eisnerlaw.com, mhsmith@eisnerlaw.com

Kissinger Nkosinathi Sibanda    ksibanda@temple.edu ]

Plaintiff thanks the court for its attention to this matter.

Date: March 4th, 2025

Signature