# THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC
https://www.thelawofficesofkissingersibanda.com

1802 Vernon St NW PMB 558,
DC 20009
Email: ksibanda@thelawofficeofkissingersibanda.com
Tel: 862-250-9684



*Nemo me impune lacessit*

March 6th, 2025

*Kissinger N. Sibanda v. David Ellison, et al* ( 1:24-cv-06310 (JMF)

## MOTION TO WITHDRAW:
## MOTION TO SETTLE (ECF NO. 151)

Honorable Judge Jesse Furman,

Plaintiff, in light of private email exchanges between parties, submits this motion to withdraw, "Plaintiff's Motion To Settle," ECF No. 151

Plaintiff thanks the court for its continued attention to the matter.

Date: March 5th, 2025

Signature

Application granted.  In addition, in light of Plaintiff's earlier letter, *see* ECF No. 160, the Court deems Plaintiff's Letter Motion to Compel, *see* ECF No. 157, to be moot.  The Clerk of Court is directed to terminate ECF Nos. 151, 157, and 162.

SO ORDERED.

March 6, 2025