UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KISSINGER N. SIBANDA,                                                   :
:
:
Plaintiff,,                                                             :
:  24-CV-6310 (JMF)
-v-                                                                     :
:  ORDER
:
DAVID ELLISON et al.,                                                   :
:
Defendants.                                                             :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- The motion for Angelo G. Labate to withdraw, *see* ECF No. 147, is granted. For the avoidance of doubt, the Court notes that it retains jurisdiction over Mr. Labate as to sanctions, including the pending motion for sanctions, *see* ECF No. 89.

- The deadlines for Defendants' answers and for Plaintiff's opposition to Defendants' motion for sanctions, *see* ECF No. 80, are extended to **March 20, 2025**.

The Clerk of Court is directed to terminate ECF No. 147 in this case and ECF No. 185 in *Sibanda v. Elison*, No. 23-CV-5752 (JMF); and to terminate Mr. Labate as counsel in both cases.

    SO ORDERED.

Dated: March 6, 2025
       New York, New York
                                                JESSE M. FURMAN
                                        United States District Judge