THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC
https://www.thelawofficesofkissingersibanda.com

1802 Vernon St NW PMB 558,
DC 20009
Email: ksibanda@thelawofficeofkissingersibanda.com
Tel: 862-250-9684

*Nemo me impune lacessit*

February 25th, 2025

**TRANSFER OF FILM RIGHTS: THE RETURN TO GIBRALTAR**
**EXHBIT: C (TO SETTLEMENT AGRREEMENT)**

To Skydance Media LLC:

This letter sums the transfer of the feature film rights of "The Return to Gibratar," "the book," to Skydance Parties referenced in the main agreement.

Grantor, and owner of "The Return To Gibraltar" ( the book's) copyright, Kissinger N. Sibanda Esq, herewith transfers to Skydance Parties, " Grantee," ( David Ellison, Skydance Development LLC, Gemini Pictures LLC), the <u>exclusive</u> feature film rights to "The Return To Gibraltar in Perpetuity.

A.  <u>Transferred Rights</u>:

Grantor transfers the feature film rights, and gives Skydance Parties, the full rights to exploit the book for purposes of a feature film; to adopt characters, plots, sequencies or any other material it deems necessary for Gemini Man, its sequel or an independent feature film; form The Return To Gibraltar.

B.  <u>Right To Purchase By Grantees</u>:

As part of this grant, Grantee, "Skydance Parties," will pay Dr. Sibanda, the sum of **$225,000**, five days from signing the settlement agreement.

THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC
https://www.thelawofficesofkissingersibanda.com

1802 Vernon St NW PMB 558,
DC 20009
Email: ksibanda@thelawofficeofkissingersibanda.com
Tel: 862-250-9684



    C. <u>Grantor's Rights after Sell of Rights</u>

For the avoidance of doubt, this is a flat purchase agreement, and grantor will be giving grantee, Skydance Parties, full rights to exploit the book, "The Return Too Gibraltar," thereby ending any claim of copyright infringement, by grantor, his heirs or estate in perpetuity. It is a kill clause, consistent with parties wishes in the settlement agreement.

Upon signing the agreement and within five days of the money deposited, grantor will transfer The Return to Gibraltar, IMDB page to Skydance Parties.

Date: February 25, 2025

_____
Signature