THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC

https://www.thelawofficesofkissingersibanda.com

1802 Vernon St NW PMB 558,
DC 20009
Email: ksibanda@thelawofficeofkissingersibanda.com
Tel: 862-250-9684

*Nemo me impune lacessit*

March 10th, 2025

*Kissinger N. Sibanda v. David Ellison, et al* (1:24-cv-06310 (JMF)

## STATUS UPDATE:
## REQUEST FOR MAGISTRATE JUDGE'S ASSISTANCE

Honorable Judge Jesse M Furman,

As discussed at the March 8th, 2025 conference and considered:

Plaintiff respectfully requests the submission of the purported settlement negotiations to a Magistrate judge for further assistance in seeing if parties can meet the deadline of March 20th, 2025, to settle this matter. Plaintiff has not heard from defendant counsel Ms. Ashlee Lin, since Thursday, March 8th, 2025.

Plaintiff thanks the court for its continued attention to the matter. And intends to use the window afforded accordingly.

Date: March 10th, 2025

*Signature*

CC: Defendants counsel - Ashlee Lin and Evam Michalidies (via ecf)

1