## THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC
https://www.thelawofficesofkissingersibanda.com

1802 Vernon St NW PMB 558,
DC 20009
Email: ksibanda@thelawofficeofkissingersibanda.com
Tel: 862-250-9684



*Nemo me impune lacessit*

March 10th, 2025

*Kissinger N. Sibanda v. David Ellison, et al* (1:24-cv-06310 (JMF)

**MOTION TO STRIKE:
ECF NO. 165**

Honorable Judge Jesse M Furman,

Plaintiff respectfully requests to strike ECF No. <u>165</u>, as misfiled. Plaintiff mistakenly attached the wrong attachment.

Date: March 10th, 2025

_____
Signature

CC:  Defendants counsel - Ashlee Lin and Evam Michalidies (via ecf)