### THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC
https://www.thelawofficesofkissingersibanda.com

1802 Vernon St NW PMB 558,
DC 20009
Email: ksibanda@thelawofficeofkissingersibanda.com
Tel: 862-250-9684

*Nemo me impune lacessit*

March 10th, 2025

*Kissinger N. Sibanda v. David Ellison, et al* (1:24-cv-06310 (JMF))

**MOTION TO STRIKE:
ECF NO. 165**

Honorable Judge Jesse M Furman,

Plaintiff respectfully requests to strike ECF No. <u>165</u>, as misfiled. Plaintiff mistakenly attached the wrong attachment.

Date: March 10th, 2025

_____
Signature

CC:  Defendants counsel - Ashlee Lin and Evam Michalidies (via ecf)


Application GRANTED.  The Clerk of Court is directed to strike ECF No. 165 from the docket and to terminate ECF No. 167.

SO ORDERED.

March 11, 2025