# DISTRICT OF COLUMBIA
# COURT OF APPEALS

|  |  |  |
|---|---|---|
| | ) | Docket No: 24-FM-0929 |
| | | (con) 24-FM-0930 |
| FRED GRIMES III | ) | |
| *Appellant*, | ) | Status: In Briefing |
| v | ) | |
| | ) | |
| JOHAN PAIGE | ) | |
| | ) | |
| *Appellee*. | ) | |
| | ) | |

**MOTION FOR WITHDRAWAL AS APPELLANT COUNSEL**

Appellant counsel, Dr. Kissinger N. Sibanda, pursuant to DCCA Rule 27, respectfully files this *ex parte* Motion to withdraw as counsel for appellant, Mr. Fred Grimes III. Attorney Sibanda requests this motion be expedited to allow Mr. Grimes III's new attorney to act robustly in his favor to meet the March 20th, 2025, due date.

Appellant counsel and appellant have <u>irreconcilable differences</u> subject to attorney-client privilege. These differences do not allow Appellant counsel to advocate for his client. Should the court deem necessary, appellant counsel can forward exhibits to the court for withdrawing under seal or via email.

Appellant counsel thanks the court for its attention to this

request. March 17th, 2025

2

Respectfully Submitted,

_____
Signature

Kissinger N. Sibanda Esq (SJD)  
*Appellant's attorney*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March 2025, a copy of the foregoing *Motion for Withdrawal For Business Reasons* was automatically served via *efile* to all parties. All parties are registered for eservice.

*Respectfully Submitted,*

_____

Kissinger N. Sibanda Esq ( SJD)  
*Appellant's attorney*

# DISTRICT OF COLUMBIA
# COURT OF APPEALS

| | | |
|---|---|---|
| FRED GRIMES III | ) | |
| | ) | Docket No: 24-FM-0929 |
| | | (con) 24-FM-0930 |
| *Appellant*, | ) | Status: In Briefing |
| v | ) | |
| JOHAN PAIGE, | ) | |
| | ) | |
| *Appellee*. | ) | |
| | ) | |

## **ORDER**

It is ordered that Appellant Counsel, Dr. Kissinger N. Sibanda's motion is granted for good cause.

Date: _____     Hon. Clerk of The Court

4