THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC
https://www.thelawofficesofkissingersibanda.com

1802 Vernon St NW PMB 558,　　　　　　　　　　　　Mail To: PO Box 714   Livingston, NJ 07039
DC 20009　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: 862-250-9684
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ksibanda@temple.edu
　　　　　　　　　　　　　　　　　　　　Email: ksibanda@thelawofficesofkissingersibanda.com



*Nemo me impune lacessit*

March 17, 2025

**PLANTIFF'S STATUS LETTER – SETTLEMENT, RESET DUE DATES**

*Sibanda v. Ellison et al, 1:24-cv-06310 (JMF)*

Honorable Judge Jesse M. Furman,

Plaintiff is respectfully requesting a reset of the due deadline, of March 20th, 2025 ( motion response and answers); consistent with the March 26th, 2026, telephone settlement conference scheduled by Magistrate Judge, Hon. Katherine M. Parker.

Plaintiff is proposing that the new due deadlines be set to March 28th, 2025. Two days after the telephone conference.

Plaintiff thanks the court for its continued attention to this matter.

Date: March 17, 2025

_____
Signature