```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KISSINGER N. SIBANDA,

                           Plaintiff,                           **ORDER**

                -against-                              24-CV-6310 (JMF)

DAVID ELLISON et al.,

                           Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court is in receipt of Plaintiff's letter motion at ECF No. 175 requesting that Defendants be required to attend the pre-settlement call scheduled for March 26, 2025, in addition to their attorneys.  To clarify, the March 26, 2025 call is not the settlement conference itself, but rather is a pre-settlement call and therefore parties are not required to attend.  During the pre-settlement call, the Court will schedule the settlement conference, at which parties must attend with counsel.

**SO ORDERED.**

Dated:  March 18, 2025
          New York, New York

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge