THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC
https://www.thelawofficesofkissingersibanda.com

1802 Vernon St NW PMB 558,   Mail To: PO Box 714  Livingston, NJ 07039
DC 20009                                                  Tel: 862-250-9684
                                                 Email: ksibanda@temple.edu
                                 Email: ksibanda@thelawofficesofkissingersibanda.com



*Nemo me impune lacessit*

March 17, 2025

**PLANTIFF'S MOTION TO STRIKE: ECF NO. 172.**

*Sibanda v. Ellison et al, 1:24-cv-06310 (JMF)*

Honorable Judge Jesse M. Furman,

Plaintiff respectfully requests that ECF No. 172, be stricken, it was a computer glitch.

Plaintiff apologies to the court.

Plaintiff thanks the court for its continued attention to this matter.

Date: March 17, 2025

*[Signature]*

Application GRANTED.  The Clerk of Court is directed to strike ECF No. 172 and terminate ECF No. 174.

SO ORDERED.

*[Signature]*

March 19, 2025