```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KISSINGER N. SIBANDA,

                            Plaintiff,

   -against-

DAVID ELLISON et al.,

                          Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**24-CV-6310 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter utilizing Microsoft Teams is hereby scheduled for **Thursday, May 1, 2025 at 2:00 p.m. ET.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **April 24, 2025 by 5:00 p.m.**

    SO ORDERED.

Dated: March 26, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge