# United States District Court
# For the Southern District of New York

KISSINGER N. SIBANDA,  ) 1:24-cv-06310 (JMF)
    *Plaintiff*,  )
 )
v.  ) **PROPOSED ORDER**
 )
DAVID ELLISON, ET AL  )
 )
    *Defendant.*  )

## ORDER

Good cause shown, the motion is Granted. Defendants are ordered to submit a <u>signed</u> and notarized letter or affidavit, by April 20th, 2024, in the event, Mr. Ellison cannot personally attend the conference showing that Ellison's representative was given settlement authority by Mr. Ellison, to settle the claims in Mr. Ellison's individual capacity.

Defendants are also Ordered to make a monetary counter-offer to plaintiff, by April 11, 2025. Parties should take note that all pre-settlement submissions remain due by April 24, 2025.

Dated:

                                                Hon. Judge Katherine H. Parker
                                                                   District Judge