UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  KISSINGER N. SIBANDA,

                                  Plaintiff,                  **SETTLEMENT CONFERENCE ORDER**

      -against-

                                                          24-CV-6310 (JMF)(KHP)

  DAVID ELLISON et al.,

                                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As directed at the conclusion of today's settlement agreement during which the parties reached agreement on all material terms, Defendants shall email to the undersigned a copy of the fully executed and confidential settlement agreement by close of business (PST) on May 5, 2025, unless it obtains an extension of this deadline upon a showing of good cause. Counsel for Defendants shall copy Plaintiff on the email.

      **SO ORDERED.**

Dated: May 1, 2025
       New York, New York

                                                                _____
                                                                KATHARINE H. PARKER
                                                                United States Magistrate Judge