USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   05/06/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  KISSINGER N. SIBANDA,

                                        Plaintiff,                          **ORDER SCHEDULING**

                                                                            **SETTLEMENT STATUS TELEPHONE**
                          -against-
                                                                            **CONFERENCE**

  DAVID ELLISON et al.,                                                     **24-CV-6310 (JMF)**

                                        Defendants.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A telephonic Settlement Status Conference in this matter is hereby scheduled for

**Thursday, May 8, 2025 at 12:00 p.m.**  Counsel for the parties will be emailed the call-in

information for this proceeding**.**

       SO ORDERED.

Dated: May 6, 2025
       New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge