USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KISSINGER N. SIBANDA,

                              Plaintiff,

       -against-

DAVID ELLISON et al.,

                            Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT STATUS TELEPHONE CONFERENCE**

24-CV-6310 (JMF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The telephonic Settlement Status Conference in this matter scheduled for **Thursday, May 8, 2025 at 12:00 p.m.** is hereby adjourned sine die.

SO ORDERED.

Dated: May 7, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge