The Law Office of Kissinger N. Sibanda, PLLC



Mail to:
The Law Office of Kissinger N. Sibanda, PLLC
1802 Vernon St NW PMB 558, DC 20009
Cell: 862-250-9684
Email: ksibanda@thelawofficesofkissingersibanda.com
https://www.thelawofficesofkissingersibanda.com/

Hon Judge Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

May 8th, 2025

1:24-cv-06310 (JMF), *Sibanda v. Ellison, et al*

Request for Reset of Motion/Answer Due Dates from May 8th, 2025 ( ECF No. 181) to May 24th, 2025

Hon. Judge Furman,

    This is to inform the court that parties have reached settlement, as noted by Hon. Judge Parker, accordingly plaintiff will be docketing the dismissal in due course pursuant to the settlement terms.

    In the interim plaintiff respectfully requests an adjustment of the May 8th, 2025, due dates for motion responses and answers, to May 24th, 2025, as a procedural technicality, so that the stipulated dismissal is not filed after parties have defaulted on their due dates for both the motion responses and answers.

The Law Office of Kissinger N. Sibanda, PLLC

Plaintiff thanks the court for its attention to this matter. And for the astute involvement of Judge Katherine Parker during the settlement conference.

Plaintiff has never seen a judge so involved and engaged with the issues during a settlement conference, as Judge Katherine Parker was, last week.

Respectfully submitted,
/s/
Dr. Kissinger N. Sibanda

http://kissingersibanda.wixsite.com/kensibanda