

### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

CHAMBERS OF
LAURA TAYLOR SWAIN
CHIEF JUDGE

TEL: (212) 805-0417
SwainNYSDcorresp@nysd.uscourts.gov

August 18, 2025

Kissinger N. Sibanda
PO Box 714
Livingston, NJ 07039
(862) 250-9684
ksibanda@temple.edu

Dear Dr. Sibanda:

The Court is in receipt of your letter dated August 17, 2025, requesting a lifestyle audit of Judge Furman in connection with his orders in matters <u>Kissinger n. Sibanda v. David Ellion et al</u>, No. 24-CV-6310-JMF and No. 23-CV-5742-JMF. The undersigned, as Chief Judge, does not have authority to act in a case before another Judge nor to compel another Judge to take any specific action in a case over which he or she presides. If you wish to seek review of Judge Furman's decisions, I direct your attention to the appellate provisions of Title 28 of the United States Code. You may direct any specific grievances regarding alleged judicial misconduct to the Clerk of Court for the United States Court of Appeals for the Second Circuit. Please refrain from contacting the Chambers of the undersigned about this matter.

Sincerely yours,

Laura Taylor Swain

cc:     Hon. Jesse M. Furman, U.S.D.J.